Thomas S. COCHRAN, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Second Circuit. November 12, 1928.

No. 76.

Baker & Obermeier, of New York City (Leonard J. Obermeier, Oscar S. Rosner, and Alvin S. Rosenson, all of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Alvin McKinley Sylvester, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

In the Matter of Samuel A. COHEN, Trading as Manufacturers' Bargain Store, Appellant.

Circuit Court of Appeals, Second Circuit. November 12, 1928.

No. 50.

Reit & Kaminsky, of New York City (Hyman J. Reit, of New York City, of counsel), for appellant.

George Lion Cohen, of New York City, for trustee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

DAKOTA LIFE INSURANCE CO., Plaintiff in Error, v. MIDLAND NATIONAL BANK OF MINNEAPOLIS, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit. August 8, 1928.

No. 7505.

John B. Hauten, of Watertown, S. D., and R. G. O'Malley, Linus O'Malley, and Frank T. O'Malley, all of St. Paul, Minn., for plaintiff in error.

A. Ueland and Sigurd Ueland, both of Minneapolis, Minn., for defendant in error.

PER CURIAM. Former judgment, entered April 12, 1927 (18 F.(2d) 903), vacated and set aside, and, in accordance with mandate of the Supreme Court (48 S. Ct. 532, 72 L. Ed. ——), judgment of District Court affirmed, with costs, etc.

DELAWARE & HUDSON COMPANY, Appellant, v. John HILLER, Appellee. SAME v. John HILLER and Dorothy Hiller, His Wife, Appellees. SAME v. Frank L. COOK, Appellee. SAME v. Frank L. COOK and Sadie Cook, His Wife, Appellee.

Circuit Court of Appeals, Third Circuit. October 20, 1928.

Nos. 3858–3861.

Paul Bedford and Frank A. McGuigan, both of Wilkes-Barre, Pa., for appellants.

John V. Horan and Robert M. Bernstein, both of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The appeals in the above-entitled cases are dismissed. See Beaupre v. Noyes, 138 U. S. 397, 11 S. Ct. 296, 34 L. Ed. 991.

Netta B. DIRICKSON, Appellant, v. L. R. KERSHAW, Receiver, etc., Appellee.

Circuit Court of Appeals, Eighth Circuit. August 28, 1928.

No. 8077,

Paul A. Wilson, of Tulsa, Okl., for appellant.

B. Broaddus and C. A. Ambrister, both of Muskogee, Okl., and George S. Ramsey, Edgar A. De Meules, and Villard Martin, all of Tulsa, Okl., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.